Troy Fox
Chapter 7 Trustee
Nevada Bar No. 11127
601 S. 10th St.
Suite #202
Las Vegas, NV 89101
Ph: 702-382-1007
e-mail: TrusteeFox@ficlegal.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Green Life Development, Inc.<br><br>Debtor | Case No.: 24-14434-MC<br>CH: 7<br><br>**Hearing Date: July 17, 2025**<br><br>**Hearing Time: 11:00 a.m.** |

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO APPROVE A SALE OF ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTEREST PURSUANT TO 11 U.S.C. §363(b), (f), AND (m) SUBJECT TO OVERBID

NOTICE IS HEREBY GIVEN that a hearing on Trustee's Motion to Approve A Sale of Estate Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §363(b), (f), and (m) Subject to Overbid is scheduled to be heard on the 17th day of July, 2025 at 11:00 am.

The hearing will be held at the date and time specified above by telephonic means as follows:

| Bankruptcy Judge | Phone Conference Number | Meeting ID | Access Code / Passcode |
|---|---|---|---|
| Las Vegas Duty Judge | (833) 435-1820 | 161 418 4644 | 758337# |

Any Opposition must be filed pursuant to Local Rule 9014 (d)(1).

Local Rule 9014(d)(1): AExcept as set out in subsection (3) below, any oppositions to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response, with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURHTER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

Dated this 11th day of June, 2025.

Submitted by:

/s/  Troy S. Fox\_\_\_\_\_
Troy S. Fox
Chapter 7 Trustee